*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  November 12, 2015            520932
_____

In the Matter of the Claim of
    KATHERINE ROSE,
                    Appellant.
                                        MEMORANDUM AND ORDER
COMMISSIONER OF LABOR,
                    Respondent.
_____

Calendar Date:   September 22, 2015

Before:  Peters, P.J., Garry, Egan Jr. and Lynch, JJ.

_____


        Katherine Rose, Newburgh, appellant pro se.

        Eric T. Schneiderman, Attorney General, New York City
(Bessie Bazile of counsel), for respondent.

_____


        Appeal from a decision of the Unemployment Insurance Appeal
Board, filed December 8, 2014, which ruled that claimant's
request for a hearing was untimely.

        Decision affirmed.  No opinion.

        Peters, P.J., Garry, Egan Jr. and Lynch, JJ., concur.

ORDERED that the decision is affirmed, without costs.



                    ENTER:

                    Robert D. Mayberger
                    Clerk of the Court